UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michelle Weber, individually and on
behalf of all similarly situated individuals,

        Plaintiff,                  Case No. 0:11-cv-03631-PJS-FLN

v.

PRGX USA, Inc.,

        Defendant.

---

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby file the attached Consent Form(s) for the following person(s):

    Spitz,        Elsa

Dated: May 14, 2012           **NICHOLS KASTER, PLLP**

                                              s/Andrew G. Chase
                                              Paul J. Lukas, MN Bar No. 22084X
                                              Andrew G. Chase, MN Bar No. 0391935
                                              4600 IDS Center, 80 South 8th Street
                                              Minneapolis, MN 55402
                                              Telephone: (612) 256-3200
                                              Fax: (612) 215-6870
                                              lukas@nka.com
                                              achase@nka.com

                                              ATTORNEYS FOR PLAINTIFF

## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., against my current/former employer, PRGX USA, Inc. to recover unpaid wages.

2. Within the past three years, I worked as a Staff Auditor or Auditor for PRGX USA, Inc. in its Recovery Audit division. There were occasions when I worked over forty hours in a week and did not receive overtime pay for all of my overtime hours worked.

3. If this case does not proceed collectively, I also consent to proceed in an individual action against PRGX USA, Inc. to assert claims for overtime pay.

4. I understand that I may withdraw my consent to proceed with my claims against PRGX USA, Inc. at any time by notifying the attorneys handling the matter.

Date: 5-12-12

Signature: *Elsa Spitz*

Print Name: ELSA Spitz

REDACTED

Return this form by fax, email or mail to:
Nichols Kaster, PLLP
Attn: Andrew Chase
Fax: (612) 215-6870 or (612) 338-4878
Email: achase@nka.com
Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
Web: www.nka.com

**THIS FORM MUST BE RECEIVED BY NICHOLS KASTER, PLLP OR POSTMARKED ON OR BEFORE JULY 9, 2012.**