# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michelle Weber, individually and on
behalf of all similarly situated individuals,

        Plaintiff,                    Case No. 0:11-cv-03631-PJS-FLN

v.

PRGX USA, Inc.,

        Defendant.

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby

file the attached Consent Form(s) for the following person(s):

Graham,      Amanda J.

Whipple,     Steven

Dated: May 18, 2012               **NICHOLS KASTER, PLLP**

                              s/Andrew G. Chase
                              Paul J. Lukas, MN Bar No. 22084X
                              Andrew G. Chase, MN Bar No. 0391935
                              4600 IDS Center, 80 South 8th Street
                              Minneapolis, MN 55402
                              Telephone: (612) 256-3200
                              Fax: (612) 215-6870
                              lukas@nka.com
                              achase@nka.com

                              ATTORNEYS FOR PLAINTIFF

1

## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., against my current/former employer, PRGX USA, Inc. to recover unpaid wages.

2. Within the past three years, I worked as a Staff Auditor or Auditor for PRGX USA, Inc. in its Recovery Audit division. There were occasions when I worked over forty hours in a week and did not receive overtime pay for all of my overtime hours worked.

3. If this case does not proceed collectively, I also consent to proceed in an individual action against PRGX USA, Inc. to assert claims for overtime pay.

4. I understand that I may withdraw my consent to proceed with my claims against PRGX USA, Inc. at any time by notifying the attorneys handling the matter.

Date: _5/14/12_          _Amanda S Graham_
                         Signature

                         _Amanda J. Graham_
                         Print Name

```
REDACTED
```

Return this form by          Nichols Kaster, PLLP
fax, email or mail to:       Attn: Andrew Chase
                             Fax: (612) 215-6870 or (612) 338-4878
                             Email: achase@nka.com
                             Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                             Web: www.nka.com

**THIS FORM MUST BE RECEIVED BY NICHOLS KASTER, PLLP OR POSTMARKED ON OR BEFORE JULY 9, 2012.**

## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., against my current/former employer, PRGX USA, Inc. to recover unpaid wages.

2. Within the past three years, I worked as a Staff Auditor or Auditor for PRGX USA, Inc. in its Recovery Audit division. There were occasions when I worked over forty hours in a week and did not receive overtime pay for all of my overtime hours worked.

3. If this case does not proceed collectively, I also consent to proceed in an individual action against PRGX USA, Inc. to assert claims for overtime pay.

4. I understand that I may withdraw my consent to proceed with my claims against PRGX USA, Inc. at any time by notifying the attorneys handling the matter.

Date: 5/15/12

Signature

Steven Whipple
Print Name

REDACTED

Return this form by
fax, email or mail to:

Nichols Kaster, PLLP
Attn: Andrew Chase
Fax: (612) 215-6870 or (612) 338-4878
Email: achase@nka.com
Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
Web: www.nka.com

**THIS FORM MUST BE RECEIVED BY NICHOLS KASTER, PLLP OR
POSTMARKED ON OR BEFORE JULY 9, 2012.**