## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michelle Weber, individually and on
behalf of all similarly situated individuals,

        Plaintiff,                       Case No. 0:11-cv-03631-PJS-FLN

v.

PRGX USA, Inc.,

        Defendant.

### NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby file the attached Consent Form(s) for the following person(s):

    Natividad        Donna

Dated: June 6, 2012                  **NICHOLS KASTER, PLLP**

                                          s/Andrew G. Chase
                                          Paul J. Lukas, MN Bar No. 22084X
                                          Andrew G. Chase, MN Bar No. 0391935
                                          4600 IDS Center, 80 South 8th Street
                                          Minneapolis, MN 55402
                                          Telephone: (612) 256-3200
                                          Fax: (612) 215-6870
                                          lukas@nka.com
                                          achase@nka.com

                                          ATTORNEYS FOR PLAINTIFF

1

# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., against my current/former employer, PRGX USA, Inc. to recover unpaid wages.

2. Within the past three years, I worked as a Staff Auditor or Auditor for PRGX USA, Inc. in its Recovery Audit division. There were occasions when I worked over forty hours in a week and did not receive overtime pay for all of my overtime hours worked.

3. If this case does not proceed collectively, I also consent to proceed in an individual action against PRGX USA, Inc. to assert claims for overtime pay.

4. I understand that I may withdraw my consent to proceed with my claims against PRGX USA, Inc. at any time by notifying the attorneys handling the matter.

Date: 6/1/2012          _Donna M. Natividad_
                        Signature

                        _Donna M. Natividad_
                        Print Name

REDACTED

Return this form by         Nichols Kaster, PLLP
fax, email or mail to:      Attn: Andrew Chase
                            Fax: (612) 215-6870 or (612) 338-4878
                            Email: achase@nka.com
                            Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                            Web: www.nka.com

**THIS FORM MUST BE RECEIVED BY NICHOLS KASTER, PLLP OR POSTMARKED ON OR BEFORE JULY 9, 2012.**