# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Weber, individually and on behalf of all similarly situated individuals,<br><br>      Plaintiff,<br><br>v.<br><br>PRGX USA, Inc.,<br><br>      Defendant. | Case No. 0:11-cv-03631-PJS-FLN<br><br>**JOINT MOTION TO APPROVE FAIR LABOR STANDARDS ACT SETTLEMENT AND TO DISMISS ALL CLAIMS** |

The parties hereby jointly move this Court for an Order approving the settlement of the Fair Labor Standards Act claims at issue in this matter, and granting dismissal of the claims, with prejudice.  The motion is based upon the parties' Settlement Agreement and Release of Claims form, all the files, records, and proceedings in this matter, the parties' supporting memoranda to be filed with the Court, all supporting affidavits and exhibits, and such other points and authorities as may subsequently be presented to the Court.

2

Respectfully submitted,

Dated:  October 18, 2012                    **NICHOLS KASTER, PLLP**


                                            */s/ Andrew G. Chase*
                                            Paul J. Lukas, MN Bar No. 22084X
                                            Andrew G. Chase, MN Bar No. 0391935
                                            4600 IDS Center, 80 South 8th Street
                                            Minneapolis, MN 55402
                                            Telephone: (612) 256-3200
                                            Fax: (612) 215-6870
                                            lukas@nka.com
                                            achase@nka.com

                                            ATTORNEYS FOR PLAINTIFF

Dated:  October 18, 2012

**TROUTMAN SANDERS LLP**

*/s/ Ashley Z. Hager*

Ashley Z. Hager (*admitted pro hac vice*)
GA Bar No. 784505
Michael D. Kaufman (*admitted pro hac vice*)
GA Bar No. 409195
James M. McCabe (*admitted pro hac vice*)
GA Bar No. 724618
600 Peachtree Street, NE Suite 5200
Atlanta, GA  30308-2216
Telephone:  404.885.3428
Facsimile:  404.962.6580
Email: ashley.hager@troutmansanders.com
michael.kaufman@troutmansanders.com
james.mccabe@troutmansanders.com

AND

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.**

Bruce J. Douglas (23966)
Ashlee M. Bekish (0389918)
Wells Fargo Center
90 South Seventh Street, Suite 3800
Minneapolis, MN  55402
Telephone:  612.339.1818
Facsimile:  612.339.0061
Email:  bruce.douglas@ogletreedeakins.com
ashlee.bekish@ogletreedeakins.com

ATTORNEYS FOR DEFENDANT
PRGX USA, INC.