UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MICHELLE WEBER, individually and on
behalf of all similarly situated individuals,

                Case No. 11-CV-3631 (PJS/FLN)

                Plaintiffs,

v.                                                        ORDER

PRGX USA, INC.,

                Defendant.

---

This matter is before the Court on the parties' joint motion for approval of settlement and

to dismiss all claims.  Having considered the parties' submissions, the Court finds that the

settlement is fair and reasonable.  Accordingly, IT IS HEREBY ORDERED THAT:

1.    The parties' joint motion for approval of settlement [ECF No. 30] is GRANTED.

2.    Plaintiffs' claims are DISMISSED WITH PREJUDICE.

Dated: November 19, 2012                    s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge